UNITED STATES DISTRICT COURT

Northern District of California

BOARD OF TRUSTEES OF THE BAY
AREA ROOFERS HEALTH & WELFARE
TRUST FUND, et al.,

            Plaintiffs,

   v.

RLRCO,

            Defendant.
_____/

No. CV11-2625 MEJ

**SECOND ORDER FOR DEFENDANT
TO FILE CONSENT/DECLINATION**

On September 6, 2011, the Court ordered Defendant RLRCO to file a written consent to magistrate judge jurisdiction or request for reassignment by September 8, 2011, as it had failed to file a written consent by the September 1, 2011 deadline. Dkt. No. 8. Defendant has again failed to comply. Accordingly, Defendant is hereby ORDERED to inform the Court whether it consents to magistrate judge jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by October 11, 2011. Failure to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: October 6, 2011

                                                      _____
                                                      Maria-Elena James
                                                      Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California