UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, et al.,<br><br>            Plaintiffs,<br>     v.<br><br>RLRCO,<br><br>            Defendant.<br>_____/ | No.  CV11-2625 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On September 6, 2011, the Court ordered Defendant RLRCO to file a written consent to magistrate judge jurisdiction or request for reassignment by September 8, 2011, as it had failed to file a written consent by the original September 1, 2011 deadline. Dkt. No. 8. Defendant failed to comply. Accordingly, the Court issued a second order for Defendant to inform the Court whether it consents to magistrate judge jurisdiction or requests reassignment, this time with a deadline of October 11, 2011. Dkt. No. 10. The Court warned Defendant that failure to comply may result in the imposition of sanctions. Defendant has failed to comply with the consent/declination deadline for a third time. Accordingly, the Court ORDERS Defendant RLRCO to show cause why sanctions should not be imposed for failure to comply with court deadlines and orders. Defendant shall file a declaration by November 10, 2011, and the Court shall conduct a hearing on November 17, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Ave, San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 3, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge