LAW OFFICE JEFFREY J. DICKS
Jeff Dicks, (SB#159737)
806 AVE PICO, SUITE I-309
SAN CLEMENTE, CA 92672
(714) 267-1300
JEFFDICKS.ESQ@GMAIL.COM
ATTORNEY FOR DEFENDANT RLRCo, dba Raneri & Long Roofing Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF BAY AREA ROOFERS, ET AL
Plaintiff(s),

v.

RLRCo, dba RANERI & LONG ROOFING COMPANY,
Defendant(s).

No. CV-11-2625

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 10/5/11

Signature

Counsel for DEFENDANT RLRCO DBA RANERI & LONG ROOFING
(Plaintiff, Defendant or indicate "pro se")

(JEFFDICKS.ESQ@GMAIL.COM)