UNITED STATES DISTRICT COURT

Northern District of California

BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, et al.,

Plaintiffs,

v.

RLRCO,

Defendant.
_____/

No. CV11-2625 MEJ

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On November 3, 2011, the Court ordered Defendant RLRCO to show cause why sanctions should not be imposed for failure to comply with court deadlines and orders. As Defendant has now complied with the Court's previous orders, the order to show cause is hereby DISCHARGED. However, Defendant should be mindful that any failure to comply with the Court's orders in the future will likely result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: November 16, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge