1 | ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (St. Bar #50246)
3030 BRIDGEWAY, SUITE 231
3 | SAUSALITO, CA 94965
Telephone:  (415) 729-9006
4 | FAX: (415) 729-9023

5 | Attorneys for Plaintiffs

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | BOARD OF TRUSTEES OF THE BAY AREA      )       NO.  C 11 2625 MEJ
ROOFERS, et al.,                       )
12 |                                        )
                            Plaintiffs,    )   STIPULATION TO EXTEND
13 |                                        )   TIME TO FILE MOTION FOR
              vs.                          )   SUMMARY JUDGMENT; ORDER
14 |                                        )
RLRCO, etc.,                           )
15 |                                        )
                            Defendant.     )
16 | _____  )

17

18 |          The parties to this action have not been able to agree on

19 | the  amounts  due  in  fringe  benefit  contributions  on  various

20 | construction projects in the Bay Area.  Plaintiffs' auditor, with the

21 | assent and cooperation of defendant, has reviewed defendant's records

22 | and is preparing a report which should be finished in the next few

23 | days.   This process has taken more office visits than originally

24 | anticipated.  The parties then need a little time to sit down and see

25 | if they can arrange for payment from various general contractors and

26 | settle this matter.

27 |          For the above reasons the parties request and stipulate to

28 | extend the date for filing of a summary judgment motion from April 12,

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER          1

1  2012 to May 10, 2012, or such other date as is convenient to the
2  Court.

3  Dated: April 3, 2012            ERSKINE & TULLEY
                                   A PROFESSIONAL CORPORATION
4

5                                  By: /s/ Michael J. Carroll
                                        Michael J. Carroll
6                                       Attorneys for Plaintiffs

7  Dated: April 3, 2012            LAW OFFICES OF JEFFREY J. DICKS

8
                                   By: /s/ Jeffrey J. Dicks
9                                       Jeffrey J. Dicks
                                        Attorney for Defendant
10

11

12                                 O R D E R

13  IT IS SO ORDERED.

14  Dated: April 6, 2012
                                   _____
15                                 Magistrate Judge Maria-Elena James

16

17

18

19

20

21

22

23

24

25

26

27

28