ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> RLRCO, etc., <br><br> Defendant. | NO. C 11 2625 MEJ <br><br> STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT; ORDER |

This is a second stipulated request to continue a motion date. The reasons are below:

The parties to this action have not been able to agree on the amounts due in fringe benefit contributions on various construction projects in the Bay Area. Plaintiffs' auditor, with the assent and cooperation of defendant, has reviewed defendant's records and is preparing a report which was to have been finished by mid April. This process has taken the auditor more time than originally promised to the parties. The parties then need some time to sit down and see if they can arrange for a settlement with the audit in front of them.

STIPULATION TO EXTEND TIME TO FILE A MOTION FOR SUMMARY JUDGMENT; ORDER       1

1  For the above reasons the parties request and stipulate to
2 extend the date for filing of a summary judgment motion from May 10,
3 2012 to June 12, 2012, or such other date as is convenient to the
4 Court.

5 Date: May 3, 2012  ERSKINE & TULLEY
  A PROFESSIONAL CORPORATION

7  By:   /s/Michael J. Carroll
   Michael J. Carroll
8   Attorneys for Plaintiffs

9 Date: May 3, 2012  LAW OFFICES OF JEFFREY J. DICKS

11  By: /s/ Jeffrey J. Dicks
   Jeffrey J. Dicks
   Attorneys for Defendant

14  ORDER

15 IT IS SO ORDERED.

16 Dated:   May 4, 2012       _____
17   Magistrate Judge Maria-Elena James

STIPULATION TO EXTEND TIME TO FILE A MOTION FOR SUMMARY JUDGMENT; ORDER    2