```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone:  (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>RLRCO, etc.,<br><br>          Defendant. | NO.  C 11 2625 MEJ<br><br>STIPULATION TO EXTEND TIME TO FILE MOTION FOR <u>SUMMARY JUDGMENT; ORDER</u> |

      This is a second stipulated request to continue a motion date. The reasons are below:

      The parties to this action have not been able to agree on the amounts due in fringe benefit contributions on various construction projects in the Bay Area. Plaintiffs' auditor, with the assent and cooperation of defendant, has reviewed defendant's records and is preparing a report which was to have been finished by mid April. This process has taken the auditor more time than originally promised to the parties. The parties then need some time to sit down and see if they can arrange for a settlement with the audit in front of them.

<u>STIPULATION TO EXTEND TIME TO FILE A MOTION FOR SUMMARY JUDGMENT; ORDER</u>        1

1    For the above reasons the parties request and stipulate to
2 extend the date for filing of a summary judgment motion from May 10,
3 2012 to June 12, 2012, or such other date as is convenient to the
4 Court.

5 Date:     May 3, 2012              ERSKINE & TULLEY
                                     A PROFESSIONAL CORPORATION
6

7                                    By:   /s/Michael J. Carroll
                                         Michael J. Carroll
8                                        Attorneys for Plaintiffs

9 Date:     May 3, 2012              LAW OFFICES OF JEFFREY J. DICKS

10
                                     By: /s/ Jeffrey J. Dicks
11                                       Jeffrey J. Dicks
                                         Attorneys for Defendant
12

13

14                                   ORDER

15 IT IS SO ORDERED.

16
   Dated:   May 4, 2012              _____
17                                   Magistrate Judge Maria-Elena James

STIPULATION TO EXTEND TIME TO FILE A MOTION FOR SUMMARY JUDGMENT; ORDER    2