# UNITED STATES DISTRICT COURT

## Northern District of California

BOARD OF TRUSTEES OF THE BAY
AREA ROOFERS HEALTH & WELFARE
TRUST FUND, et al.,

                    Plaintiffs,

        v.

RLRCO,

                    Defendant.
_____/

No. C 11-2625 MEJ

**SECOND ORDER TO SHOW CAUSE**

On June 12, 2012, the Plaintiffs in the above-captioned matter filed a summary judgment motion, with a noticed hearing date of July 19, 2012.  Dkt. No. 19.  However, Defendant failed to file an opposition pursuant to Civil Local Rule 7.  Accordingly, the Court hereby VACATES the July 19 hearing and ORDERS Defendant RLRCO to show cause why Plaintiffs' motion should not be granted for failure to comply with court deadlines.  Defendant shall file a declaration by July 12, 2012.  If Defendant files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on July 26, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Defendant is hereby informed that the Court may grant Plaintiffs' motion without a hearing if Defendant fails to file a responsive pleading.  Thus, it is imperative that Defendant file a written response by the deadline above.  Further, as the trial in this matter is scheduled to commence on September 17, 2012, and it is unlikely that this order to show cause and Plaintiffs' summary judgment motion will be resolved prior to pending pretrial deadlines, all pretrial and trial dates are also VACATED.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California