UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br>  v.<br>RLRCO,<br>    Defendant.<br>_____/ | No. C 11-2625 MEJ<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |

On June 12, 2012, the Plaintiffs in the above-captioned matter filed a summary judgment motion, with a noticed hearing date of July 19, 2012. Dkt. No. 19. However, Defendant failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court vacated the July 19 hearing and ordered Defendant RLRCO to show cause why Plaintiffs' motion should not be granted. Dkt. No. 25. Although the Court warned Defendant that it would grant Plaintiffs' motion if Defendant failed to respond, Defendant filed no response and did not appear at the July 26 Order to Show Cause hearing. Thus, for the reasons stated in Plaintiffs' motion and for good cause appearing, the Court GRANTS Plaintiffs' motion and enters summary judgment in favor of Plaintiffs.

IT IS ORDERED AND ADJUDGED that Plaintiffs recover from Defendant RLRCO, a California corporation, doing business as RANERI & LONG ROOFING, the following:

1. <u>Principal</u>

    Contributions      $22,609.16

    Liquidated damages      $10,395.38

2. Interest      $ 274.51

| | | | |
|---|---|---|---|
| 3. | Audit Costs | | $13,840.00 |
| 4. | Costs of Suit | | $    494.00 |
| 5 | Attorneys Fees | | $  1,260.00 |
| | | **TOTAL:** | **$48,873.05** |

**IT IS SO ORDERED.**

Dated: June 29, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California